IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>**GRANTFORD LOWERY,**<br><br>Defendant | NO. 5: 04-CR-104 (CAR)<br><br>**BEFORE THE U. S. MAGISTRATE JUDGE**<br><br>**VIOLATIONS:** Fraud Related |

# ORDER AND BENCH WARRANT

Defendant **GRANTFORD LOWERY** having been heretofore directed to appear before this court for arraignment in the above-captioned criminal proceeding and having failed to appear; and,

Said defendant having this day once again **FAILED TO APPEAR** as specifically directed;

ACCORDINGLY, IT IS HEREBY ORDERED AND DIRECTED that the United States Marshal, her authorized representative, or any authorized law enforcement officer immediately arrest the said **GRANTFORD LOWERY** and bring him before this court for proceedings in accordance with the Bail Reform Act of 1984. In the event the defendant is taken into custody outside the Middle District of Georgia, because he has twice failed to appear for Arraignment, the undersigned requests that **NO BOND** be permitted.

SO ORDERED AND DIRECTED, this 23rd day of JULY, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE